STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

BASILIO RIVERA VIZCARRONDO

Case No. 11-01489-BKT

Chapter 13   Attorney Name: MARILYN VALDES ORTEGA*

## I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: March 30, 2011
Time: 3:06 pm   Track: R.
[ ] This is debtor(s) 1 Bankruptcy filing.
Liquidation Value: $161.00
Creditors
None
_____
_____

## II. Oath Administered
[✓] Yes   [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
  [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 07-09 [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
  [✓] State - years 2010
  [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
  [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
  [ ] Incomplete  [ ] Missing
  [ ] Fails commitment period  [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
  [ ] Missing  [ ] More than 180 days
  [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

BASILIO RIVERA VIZCARRONDO        Case No. 11-01489-BKT

                    Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

---

**VI. Plan** (Cont.)
Date: <u>February, 25, 2011</u>  Base $ <u>15,000.00</u>  [X] Filed   Evidence of Pmt shown: _____
Payments <u>1</u> made out of <u>1</u> due.  [ ] Not Filed

**VII. Confirmation Hearing Date:** April, 29, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 126.00 = $ 2,874.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor   [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months
_____
_____

[ ] Public Liability Insurance
    [ ] Premises_____
    [ ] Vehicle(s)_____
[ ] Licenses issued by:
_____

---

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

**COMMENTS**
(1) Insurance quote for vehicle is for $1,215.00; submit quote to the Trustee.

_____                    Date: <u>March 30, 2011</u>
Trustee/Presiding Officer                         (Rev.