IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**BASILIO RIVERA VIZCARRONDO**<br>**DEBTORS** | **CASE NUM.: 11-01489 BKT**<br><br>**CHAPTER 13 (ASSET CASE)** |

CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

    **COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

    1. The undersigned attorney hereby a certificate that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 4/12/2011.**

    **WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

    In San Juan, Puerto Rico, this 12th, day of April 2011.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                           Case No. **11-01489-BKT**

**RIVERA VIZCARRONDO, BASILIO**                Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **4/12/2011**
Filed by: ☐ Debtor ☐ Trustee ☑ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **60** = $ **15,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **15,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **15,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR    $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RELIABLE FINANCIA** Cr. _____    Cr. _____
# **217-642214**    # _____    # _____
$ **5,972.40**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP A/C ARECIBO**
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,874.00**

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Signed: **/s/ BASILIO RIVERA VIZCARRONDO**
Debtor

Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**      Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

IN RE RIVERA VIZCARRONDO, BASILIO  Case No. **11-01489-BKT**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

. ABOVE MEDIAN/60 MO. COMMITMENT PERIOD; UNSECURED POOL = $0.00;

b. Adequate Protection payments to RELIABLE FINANCIAL at the rate of $50.00 until confirmation;

c. Insurance Coverage for Collateral held by RELIABLE FINANCIAL to be provided through Eastern America Insurance Co., upon maturity of contract due on August 01, 2012.

d. Trustee to pay Attorney's Fees ahead of any other creditor.

e. Tax refunds will be devoted each year as periodic payments to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base thereby without need of further notice, hearing or Court order. If need be for the use of debtor of a portion of such refund, debtor shall seek the Court's authorization prior to the use of funds.

f. Confirmation of this plan constitutes a finding that debtors have timely complied with all of debtor's duties under 11 USC §521, and that the plan and the bankruptcy case were both filed in good faith.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-01489-BKT13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

LUIS ANTONIO LOPEZ LOPEZ on behalf of Creditor COOPACA
lopezl@prtc.net

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor BASILIO RIVERA VIZCARRONDO
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-01489-BKT13 Notice will not be electronically mailed to:**

CITIFINANCIAL
P.O. BOX 70919
CHARLOTTE, NC  28272-0919


COOP A/C  ARECIBO (COOPACA)
P.O. BOX 1056
ARECIBO, PR  00613-1056


ISLAND FINANCE
P.O. BOX 71504
SAN JUAN, PR  00936-8604


RELIABLE FINANCIAL SERVICES
P.O. BOX 21382
SAN JUAN, PR  00928-1382